Rory C. Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-2730
Rory@pricelawgroup.com
Attorneys for Plaintiff,
OTIS MCKINNEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OTIS MCKINNEY, an individual | ) | Case No. 3:14-cv-01506-NC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| | ) | |
| PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, Otis Mckinney, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendants, PERFORMANT RECOVERY, INC.; DOES 1 through 10, inclusive. The parties are in the process of finalizing the settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

///

///

Notice of Settlement

1

| | |
|---|---|
| Date: December 17, 2014 | RESPECTFULLY SUBMITTED |
| | **PRICE LAW GROUP, APC** |
| | By: /s/  Rory C. Leisinger |
| | Rory C. Leisinger (SBN 277476) |
| | PRICE LAW GROUP, APC |
| | 15760 Ventura Blvd., Suite 1100 |
| | Encino, CA 91436 |
| | T: (818) 907-2030; F: (818) 205-2730 |
| | Rory@pricelawgroup.com |
| | Attorneys for Plaintiff, |
| | OTIS MCKINNEY |

Notice of Settlement