Rory Colin Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: rory@pricelawgroup.com

Attorneys for Plaintiff,
OTIS MCKINNEY,

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| OTIS MCKINNEY, | ) Case No. **3:14-cv-01506-NC** |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER OF DISMISSAL WITH** |
| PERFORMANT RECOVERY, INC.; | ) **PREJUDICE** |
| and DOES 1-10, | ) |
| inclusive, | ) |
| Defendants. | ) |

Plaintiff, OTIS MCKINNEY, by counsel, and Defendant, PERFORMANT
RECOVERY, INC., by counsel, hereby stipulate and agree that all matters herein
between them have been compromised and settled, and that Plaintiff's cause
against PERFORMANT RECOVERY, INC.; and DOES 1-10, inclusive, should be
dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///
///
///

1    Respectfully submitted this 29th day of January, 2015,

2

3                                By: */s/ Rory Colin Leisinger*

4                                Rory Colin Leisinger (SBN 277476)
                                 **PRICE LAW GROUP, APC**
5                                15760 Ventura Boulevard
                                 Suite 1100
6                                Encino, CA 91436
                                 T: (818) 907-2030
7                                F: (818) 205-2730
8                                E: rory@pricelawgroup.com
                                 *Counsel for Plaintiff,*
9                                *Otis Mckinney*

10

11                               By: */s/ Elizabeth Franklin*

12                               Elizabeth E. Franklin
                                 333 N. Canyons Parkway Suite 100
13                               Livermore, CA 94551
                                 925-960-4764
14                               Fax: 925-960-4880
15                               Email: efranklinlaw@gmail.com
                                 *Counsel for Plaintiff,*
16                               *Performant Recovery, Inc.*

17

18

19

20

21

22

23

24

25

Rory Colin Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: rory@pricelawgroup.com
Attorneys for Plaintiff,
OTIS MCKINNEY,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| OTIS MCKINNEY,<br><br>              Plaintiff,<br><br>     vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1-10,<br>inclusive,<br><br>              Defendants. | **Case No. 3:14-cv-01506-NC**<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff OTIS MCKINNEY against Defendant PERFORMANT RECOVERY, INC.; and DOES 1-10, inclusive, are dismissed, with prejudice. Plaintiff OTIS MCKINNEY and Defendant PERFORMANT RECOVERY, INC. shall each bear their own costs and attorneys' fees.

Date:___January 29, 2015___          _____

JUDGE NATHANIEL
United States District C
Northern District of Ca

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~PROPOSE~~D ORDER